IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
                          :
           v.             : Case No. 3:13-cr-29-KRG-KAP
JUSTIN CARR,              : (Case No. 3:16-cv-21-KRG-KAP)
           Defendant      :

Memorandum Order

The motion to vacate at ECF no. 179 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with 28 U.S.C.§ 636 and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 23, 2017, ECF no. 203, recommending that the motion to vacate be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No one filed objections and the time to do so has expired.

After review of the record of this matter together with the Report and Recommendation and noting the lack of objections thereto, the following judgment order is entered:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :
        v.                   : Case No. 3:13-cr-29-KRG-KAP
JUSTIN CARR,                 : (Case No. 3:16-cv-21-KRG-KAP)
        Defendant            :

JUDGMENT ORDER (see Fed.R.Civ.P. 58(b)(1)(C))

AND NOW, this 20th day of June, 2018, it is

ORDERED that the motion to vacate at ECF no. 179 is denied without a certificate of appealability. The Report and Recommendation at ECF no. 203 is adopted as the opinion of the Court. The Clerk shall mark the civil case closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Justin Carr Reg. No. 34468-068
F.C.I. Allenwood Low
P.O. Box 1000
White Deer, PA 17887