IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : Case No. 3:13-cr-29-KRG-KAP
JUSTIN CARR, :
    Defendant :

## Memorandum Order

The defendant's motion for reduction of sentence at ECF no. 168 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 25, 2017, ECF no. 204, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No one filed objections and the time to do so has expired.

After review of the record, the Report and Recommendation, and noting that there were no objections thereto, the following order is entered:

AND NOW, this 20th day of June, 2018, it is

ORDERED that the defendant's motion for reduction of sentence, ECF no. 168, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Justin Carr Reg. No. 34468-068
    F.C.I. Allenwood Low
    P.O. Box 1000
    White Deer, PA 17887